**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROSALINA CUELLAR DE OSORIO;
ELIZABETH MAGPANTAY; EVELYN Y.
SANTOS; MARIA ELOISA LIWAG;
NORMA UY; RUTH UY,
            *Plaintiffs-Appellants,*

v.

ALEJANDRO MAYORKAS, Director,
United States Citzenship and
Immigration Services; JANET
NAPOLITANO, Secretary of the
Department of Homeland Security,
HILLARY RODHAM CLINTON,
Secretary of State,
            *Defendants-Appellees.*

No. 09-56786

D.C. No.
5:08-cv-00840-
JVS-SH

TERESITA G. COSTELO; LORENZO P.
ONG, Individually and on Behalf
of all Others Similarly Situated,
            *Plaintiffs-Appellants,*

                v.

JANET NAPOLITANO, Secretary of
the Department of Homeland
Security; UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES; ALEJANDRO MAYORKAS,
Director, United States Citizenship
and Immigration Services; LYNNE
SKEIRIK, Director, National Visa
Center; CHRISTINA POULOS, Acting
Director, California Service
Center, United States Citizenship
and Immigration Services; HILLARY
RODHAM CLINTON, Secretary of
State,
            *Defendants-Appellees.*

No. 09-56846

D.C. No.
8:08-cv-00688-
JVS-SH

ORDER

Filed April 20, 2012

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.